Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                 Case No.:  17−27768−JKS
                 Chapter:  13
                 Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Angel L Rodriguez                                    Amaris La Llave Padilla
  378 Dewitt Avenue                                  378 Dewitt Avenue
  Belleville, NJ 07109                                Belleville, NJ 07109

Social Security No.:
  xxx−xx−2136                                          xxx−xx−9070

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       12/14/17
Time:      11:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman

COMMISSION OR FEES
$3131.46

EXPENSES
$

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 9, 2017
JAN:

                                                                                 Jeanne Naughton
                                                                                Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 17-27768-JKS
Angel L Rodriguez                                              Chapter 13
Amaris La Llave Padilla
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Nov 09, 2017
                              Form ID: 137             Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db/jdb         +Angel L Rodriguez,    Amaris La Llave Padilla,    378 Dewitt Avenue,    Belleville, NJ 07109-2739
517042397      +Administracion de Asume,    P.O. Box 71414,    San Juan, PR 00936-8514
517042398       Anabel Irizarry,    NK 75 URB Buena Ventura,    Calle Paskua,    Mayaguez, PR 00682
517042400       Banco Popular-Mastercard,    209 Munoz Rivera Ave,    San Juan, PR 00918
517042401       Banco Santander Puerto,    Avenue 65 Infanteria,    Esq. Calle 13,    San Juan, PR 00926
517042404     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517042402      +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                 Salt Lake City, UT 84130-0285
517042403      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517042407      +Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
517042409      +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
517042411      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517042410      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517042412      +Clara Maas Hospital,    1 Clara Maas Drive,    Belleville, NJ 07109-3557
517042413      +Craner, Satkin, Scheer & Schwartz,    32 Park AVenue,    P.O. Box 367,
                 Scotch Plains, NJ 07076-0367
517042418      +Estado Libre Asaatode P.R.,    Departamento de la familia,     P.O. Box 70376,
                 San Juan, PR 00936-8376
517042419      +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
517042420      +First National Bank,    Po Box 3412,    Omaha, NE 68103-0412
517042422      +Fst Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
517042421       Fst Premier,    601 S Minneaoplis Ave,    Sioux Falls, SD 57104
517042423      +Imagine Progressive,    36 Newark Avenue,    Belleville, NJ 07109-4119
517042424      +Loancare Inc,    Po Box 8068,    Virginia Beach, VA 23450-8068
517042426      +Loancare Inc,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517042428      +Luis Chapman,    73 Mountainview Blvd.,    Wayne, NJ 07470-6709
517042429      +Mountainside Hospital,    P.O. Box 1330,    Montclair, NJ 07042-1330
517042432       Portfolio Recovery,    120 Corp. Blvd.,    Ste. 100,   Norfolk, VA 23502
517042433      +Ramapo Valley Anesthesia,    P.O. Box 4640,    Rutherford, NJ 07070-0464
517042437      +Stearns,   P.O. Box 8068,    Virginia Beach, VA 23450-8068
517042445      +USAA Federal Savings Bank,    Attn: Bankruptcy,    9800 Fredericksburg Rd,
                 San Antonio, TX 78288-0002
517042444      +Usaa Federal Savings Bank,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
517042446       Usaa Federal Savings Bank,    Po Box 47504,    San Antonio, TX 78265
517042449      +Wells Fargo Bank Card,    Po Box 14517,    Des Moines, IA 50306-3517
517042448      +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
517155669       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2017 23:05:38     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2017 23:05:35     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:38
                 Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,    PO BOX 41021,
                 Norfolk, VA 23541-1021
517128994      +E-mail/Text: marilyn.gonzalez@popular.com Nov 09 2017 23:06:01     Banco Popular De Puerto Rico,
                 PO Box 366818,    San Juan, PR 00936-6818
517042399      +E-mail/Text: marilyn.gonzalez@popular.com Nov 09 2017 23:06:01     Banco Popular-Mastercard,
                 Banco Popular,    Po Box 362708, Attn: Bankruptcy,    San Juan, PR 00936-2708
517042406      +E-mail/Text: ering@cbhv.com Nov 09 2017 23:05:31     CBHV,    P.O. Box 831,
                 Newburgh, NY 12551-0831
517042408      +E-mail/Text: bk.notifications@jpmchase.com Nov 09 2017 23:05:28     Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517042414      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2017 23:14:32     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517042416      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2017 23:08:31     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
517164439       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 09 2017 23:05:54     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517114089       E-mail/PDF: cbp@onemainfinancial.com Nov 09 2017 23:08:39     ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517042431      +E-mail/PDF: cbp@onemainfinancial.com Nov 09 2017 23:08:36     OneMain,    Po Box 1010,
                 Evansville, IN 47706-1010
517042430      +E-mail/PDF: cbp@onemainfinancial.com Nov 09 2017 23:08:38     OneMain,    Attn: Bankruptcy,
                 601 Nw 2nd St,    Evansville, IN 47708-1013
517164026       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 23:14:25
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Nov 09, 2017
                              Form ID: 137             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517164027      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 23:14:42
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517129818      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 23:25:39
               Portfolio Recovery Associates, LLC,    c/o Pc Richard,    POB 41067,    Norfolk VA 23541
517042434     +E-mail/Text: clientservices@simonsagency.com Nov 09 2017 23:06:25      Simons Agency Inc,
               4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517042435     +E-mail/Text: bankruptcy@sw-credit.com Nov 09 2017 23:05:39      Southwest Credit Systems,
               4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
517042436     +E-mail/Text: bankruptcy@sw-credit.com Nov 09 2017 23:05:39      Southwest Credit Systems,
               4120 International Parkway,    Carrollton, TX 75007-1958
517048079     +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:17      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517042439     +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:27      Synchrony Bank/PC Richards & Sons,
               Po Box 965036,    Orlando, FL 32896-5036
517042438     +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:27      Synchrony Bank/PC Richards & Sons,
               Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517042440     +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:27      Synchrony Bank/Sams,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517042442     +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:38      Synchrony Bank/Sams,
               Po Box 965005,    Orlando, FL 32896-5005
517089769     +E-mail/Text: bncmail@w-legal.com Nov 09 2017 23:05:47      USAA Federal Savings Bank,
               c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517042405*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
517042415*     +Credit One Bank Na,    Po Box 98873,    Las Vegas, NV 89193-8873
517042417*     +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
517042425*     +Loancare Inc,    Po Box 8068,    Virginia Beach, VA 23450-8068
517042427*     +Loancare Inc,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517042441*     +Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517042443*     +Synchrony Bank/Sams,    Po Box 965005,    Orlando, FL 32896-5005
517042447*     +USAA Federal Savings Bank,    10750 McDermott Freeway,    San Antonio, TX 78288-1600
                                                                                   TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
```
              David G. Beslow    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Mark Goldman    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark Goldman    on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Melissa S DiCerbo    on behalf of Creditor    Stearns Lending, LLC nj-ecfmail@mwc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```