| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Order Filed on October 4, 2018**<br>**by Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>    ANGEL L RODRIGUEZ<br>    AMARIS LA LLAVE PADILLA | Case No.:  17-27768 JKS<br><br>Hearing Date:  9/27/2018 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 4, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): ANGEL L RODRIGUEZ
AMARIS LA LLAVE PADILLA

Case No.: 17-27768

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/27/2018 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.