Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27768−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angel L Rodriguez                                       Amaris La Llave Padilla
   378 Dewitt Avenue                                       378 Dewitt Avenue
   Belleville, NJ 07109                                    Belleville, NJ 07109

Social Security No.:
   xxx−xx−2136                                             xxx−xx−9070

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/24/19 at 10:00 AM

to consider and act upon the following:

*52* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/30/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*54* − Certification in Opposition to (related document:52 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/30/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Mark Goldman on behalf of Amaris La Llave Padilla, Angel L Rodriguez. (Goldman, Mark)

Dated: 9/19/19

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Angel L Rodriguez  
Amaris La Llave Padilla  
    Debtors

Case No. 17-27768-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Sep 19, 2019  
                              Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.  
db/jdb        +Angel L Rodriguez,   Amaris La Llave Padilla,   378 Dewitt Avenue,   Belleville, NJ 07109-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:

        Aleksander Piotr Powietrzynski   on behalf of Creditor   JPMORGAN CHASE BANK, N.A.  
         alex@winstonandwinston.com  
        Alexandra T. Garcia   on behalf of Creditor   Stearns Lending, LLC NJECFMAIL@mwc-law.com,  
         nj-ecfmail@ecf.courtdrive.com  
        Charles H. Jeanfreau   on behalf of Creditor   USAA Federal Savings Bank  
         charles.jeanfreau@mccalla.com,  BNCmail@w-legal.com  
        David G. Beslow   on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        David G. Beslow   on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Francis T. Tarlecki   on behalf of Creditor   Stearns Lending, LLC Njecfmail@mwc-law.com,  
         ftarlecki.kashlaw@gmail.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Mark Goldman   on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Mark Goldman   on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Melissa S DiCerbo   on behalf of Creditor   Stearns Lending, LLC nj-ecfmail@mwc-law.com,  
         nj-ecfmail@ecf.courtdrive.com  
        Rebecca Ann Solarz   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 12