| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    ANGEL L RODRIGUEZ<br>    AMARIS LA LLAVE PADILLA |

**Order Filed on October 27, 2019**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  17-27768 JKS

Hearing Date:  10/24/2019

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 27, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  ANGEL L RODRIGUEZ
            AMARIS LA LLAVE PADILLA

Case No.: 17-27768

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/24/2019 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $824.00 starting on 11/1/2019 for 17 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,624.00 starting on 4/1/2021 for the remaining 17 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Angel L Rodriguez  
Amaris La Llave Padilla  
    Debtors

Case No. 17-27768-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 28, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.  
db/jdb        +Angel L Rodriguez,    Amaris La Llave Padilla,    378 Dewitt Avenue,    Belleville, NJ 07109-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:

      Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.  
       alex@winstonandwinston.com  
      Alexandra T. Garcia    on behalf of Creditor    Stearns Lending, LLC NJECFMAIL@mwc-law.com,  
       nj-ecfmail@ecf.courtdrive.com  
      Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank  
       charles.jeanfreau@mccalla.com,  BNCmail@w-legal.com  
      David G. Beslow    on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,  
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
      David G. Beslow    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,  
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
      Francis T. Tarlecki    on behalf of Creditor    Stearns Lending, LLC Njecfmail@mwc-law.com,  
       ftarlecki.kashlaw@gmail.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Mark Goldman    on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,  
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
      Mark Goldman    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,  
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
      Melissa S DiCerbo    on behalf of Creditor    Stearns Lending, LLC nj-ecfmail@mwc-law.com,  
       nj-ecfmail@ecf.courtdrive.com  
      Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                             TOTAL: 12