Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–27768–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Angel L Rodriguez
378 Dewitt Avenue
Belleville, NJ 07109

Amaris La Llave Padilla
378 Dewitt Avenue
Belleville, NJ 07109

Social Security No.:
xxx–xx–2136

xxx–xx–9070

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      1/9/20
Time:      10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$2100.00

EXPENSES

If this is a chapter 13 case, the fees and expenses awarded:

- ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: Reduction in the amount of the pro–rata distribution

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 25, 2019
JAN:

                                        Jeanne Naughton
                                        Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                      Case No. 17-27768-JKS
Angel L Rodriguez                                           Chapter 13
Amaris La Llave Padilla
      Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 3         Date Rcvd: Nov 25, 2019
                              Form ID: 137              Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
db/jdb         +Angel L Rodriguez,    Amaris La Llave Padilla,    378 Dewitt Avenue,    Belleville, NJ 07109-2739
cr             +JPMORGAN CHASE BANK, N.A.,    c/o Winston & Winston, P.C.,
                 155 E. 44th Street, 5th Floor, Suite 142,    New York, NY 10017-4100
517042397      +Administracion de Asume,    P.O. Box 71414,    San Juan, PR 00936-8514
517042398      +Anabel Irizarry,    Urbanizacion Buena Ventura,    Calle Pascua #9030,    Mayaguez, PR 00682-1279
517042400       Banco Popular-Mastercard,    209 Munoz Rivera Ave,    San Juan, PR 00918
517042401       Banco Santander Puerto,    Avenue 65 Infanteria,    Esq. Calle 13,    San Juan, PR 00926
517042407      +Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
517042409      +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
517042411      +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
517042410      +Chase Card,   Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517042412      +Clara Maas Hospital,    1 Clara Maas Drive,    Belleville, NJ 07109-3557
517042413      +Craner, Satkin, Scheer & Schwartz,    32 Park AVenue,    P.O. Box 367,
                 Scotch Plains, NJ 07076-0367
517042418      +Estado Libre Asaatode P.R.,    Departamento de la familia,    P.O. Box 70376,
                 San Juan, PR 00936-8376
517042419      +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
517042420      +First National Bank,    Po Box 3412,    Omaha, NE 68103-0412
517042421       Fst Premier,    601 S Minneaoplis Ave,    Sioux Falls, SD 57104
517042422      +Fst Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
517042423      +Imagine Progressive,    36 Newark Avenue,    Belleville, NJ 07109-4119
517042424      +Loancare Inc,    Po Box 8068,    Virginia Beach, VA 23450-8068
517042426      +Loancare Inc,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517042428      +Luis Chapman,    73 Mountainview Blvd.,    Wayne, NJ 07470-6709
517042429      +Mountainside Hospital,    P.O. Box 1330,    Montclair, NJ 07042-1330
517042432       Portfolio Recovery,    120 Corp. Blvd.,    Ste. 100,   Norfolk, VA 23502
517042433      +Ramapo Valley Anesthesia,    P.O. Box 4640,    Rutherford, NJ 07070-0464
517042437      +Stearns,   P.O. Box 8068,    Virginia Beach, VA 23450-8068
517272141      +Stearns Lending, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517042445      +USAA Federal Savings Bank,    Attn: Bankruptcy,    9800 Fredericksburg Rd,
                 San Antonio, TX 78288-0002
517042446       Usaa Federal Savings Bank,    Po Box 47504,    San Antonio, TX 78265
517042444      +Usaa Federal Savings Bank,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
517042449      +Wells Fargo Bank Card,    Po Box 14517,    Des Moines, IA 50306-3517
517042448      +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
517155669       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 26 2019 00:10:43     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 26 2019 00:10:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:16:52
                 Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,    PO BOX 41021,
                 Norfolk, VA 23541-1021
517128994      +E-mail/Text: marilyn.gonzalez@popular.com Nov 26 2019 00:11:03      Banco Popular De Puerto Rico,
                 PO Box 366818,    San Juan, PR 00936-6818
517042399      +E-mail/Text: marilyn.gonzalez@popular.com Nov 26 2019 00:11:03      Banco Popular-Mastercard,
                 Banco Popular,    Po Box 362708, Attn: Bankruptcy,    San Juan, PR 00936-2708
517042404       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 26 2019 00:16:06      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517042406      +E-mail/Text: ering@cbhv.com Nov 26 2019 00:10:36     CBHV,   P.O. Box 831,
                 Newburgh, NY 12551-0831
517042402      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 26 2019 00:15:26      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517042403      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 26 2019 00:16:06      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517042408      +E-mail/Text: bk.notifications@jpmchase.com Nov 26 2019 00:10:28      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517042414      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 26 2019 00:15:35      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517042416      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 26 2019 00:16:11      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
517164439       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 26 2019 00:10:58     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517186037      +E-mail/Text: bk.notifications@jpmchase.com Nov 26 2019 00:10:28      JPMorgan Chase Bank, N.A.,
                 PO BOX 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517239806       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2019 00:16:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-2          User: admin              Page 2 of 3                  Date Rcvd: Nov 25, 2019
                              Form ID: 137             Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517239788      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2019 00:28:42
               LVNV Funding, LLC its successors and assigns as,   assignee of Citibank (South Dakota),,
               N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517114089      E-mail/PDF: cbp@onemainfinancial.com Nov 26 2019 00:15:12      ONEMAIN,    PO BOX 3251,
               EVANSVILLE, IN. 47731-3251
517042431     +E-mail/PDF: cbp@onemainfinancial.com Nov 26 2019 00:16:41      OneMain,   Po Box 1010,
               Evansville, IN 47706-1010
517042430     +E-mail/PDF: cbp@onemainfinancial.com Nov 26 2019 00:15:13      OneMain,   Attn: Bankruptcy,
               601 Nw 2nd St,    Evansville, IN 47708-1013
517164026      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2019 00:29:18
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517164027      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2019 00:15:28
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517181792      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2019 00:17:03
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
               Norfolk VA 23541
517129818      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2019 00:15:28
               Portfolio Recovery Associates, LLC,    c/o Pc Richard,    POB 41067,   Norfolk VA 23541
517042434     +E-mail/Text: clientservices@simonsagency.com Nov 26 2019 00:11:18      Simons Agency Inc,
               4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517042435     +E-mail/Text: bankruptcy@sw-credit.com Nov 26 2019 00:10:44      Southwest Credit Systems,
               4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
517042436     +E-mail/Text: bankruptcy@sw-credit.com Nov 26 2019 00:10:44      Southwest Credit Systems,
               4120 International Parkway,    Carrollton, TX 75007-1958
517048079     +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:16:53      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517042439     +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:16:53      Synchrony Bank/PC Richards & Sons,
               Po Box 965036,    Orlando, FL 32896-5036
517042438     +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:16:53      Synchrony Bank/PC Richards & Sons,
               Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517042440     +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:16:54      Synchrony Bank/Sams,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517042442     +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:16:53      Synchrony Bank/Sams,
               Po Box 965005,    Orlando, FL 32896-5005
517089769     +E-mail/Text: bncmail@w-legal.com Nov 26 2019 00:10:52      USAA Federal Savings Bank,
               c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
517268684     +E-mail/Text: bncmail@w-legal.com Nov 26 2019 00:10:52      USAA SAVINGS BANK,
               C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +USAA Federal Savings Bank,   c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,
              Seattle, WA 98121-3132
517042405*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517042415*   +Credit One Bank Na,   Po Box 98873,   Las Vegas, NV 89193-8873
517042417*   +Credit One Bank Na,   Po Box 98875,   Las Vegas, NV 89193-8875
517042425*   +Loancare Inc,   Po Box 8068,   Virginia Beach, VA 23450-8068
517042427*   +Loancare Inc,   3637 Sentara Way,   Virginia Beach, VA 23452-4262
517354250*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA 23541)
517354251*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541)
517042441*   +Synchrony Bank/Sams,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517042443*   +Synchrony Bank/Sams,   Po Box 965005,   Orlando, FL 32896-5005
517042447*   +USAA Federal Savings Bank,   10750 McDermott Freeway,   San Antonio, TX 78288-1600
                                                                                   TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2               User: admin                Page 3 of 3               Date Rcvd: Nov 25, 2019
                                   Form ID: 137               Total Noticed: 65
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Alexandra T. Garcia    on behalf of Creditor    Stearns Lending, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank
               charles.jeanfreau@mccalla.com,  BNCmail@w-legal.com
              David G. Beslow    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Francis T. Tarlecki    on behalf of Creditor    Stearns Lending, LLC Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark  Goldman    on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Melissa S DiCerbo    on behalf of Creditor    Stearns Lending, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```