UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, NJ 07017
(973) 677-9000

Mark Goldman, Esq. # MG8019
Attorney for Debtor(s)

Order Filed on January 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Angel L. Rodriguez
Amaris Lallave Padilla

Case No.: 17-27768

Chapter: 13

Judge: JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: January 15, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Goldman & Beslow, LLC_____, the applicant, is allowed a fee of $ \_\_\_\_2,100.00\_\_\_\_ for services rendered and expenses in the amount of $_____ for a total of $_____2,100.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 824.00/1,721.00 per month for 16mthsthen17 months to allow for payment of the above fee.

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Angel L Rodriguez  
Amaris La Llave Padilla  
    Debtors

Case No. 17-27768-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 15, 2020  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.  
db/jdb        +Angel L Rodriguez,    Amaris La Llave Padilla,    378 Dewitt Avenue,    Belleville, NJ 07109-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:

         Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.  
          alex@winstonandwinston.com  
         Alexandra T. Garcia    on behalf of Creditor    Stearns Lending, LLC NJECFMAIL@mwc-law.com,  
          nj-ecfmail@ecf.courtdrive.com  
         Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank  
          charles.jeanfreau@mccalla.com, BNCmail@w-legal.com  
         David G. Beslow    on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         David G. Beslow    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Francis T. Tarlecki    on behalf of Creditor    Stearns Lending, LLC Njecfmail@mwc-law.com,  
          ftarlecki.kashlaw@gmail.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Mark Goldman    on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Mark Goldman    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Melissa S DiCerbo    on behalf of Creditor    Stearns Lending, LLC nj-ecfmail@mwc-law.com,  
          nj-ecfmail@ecf.courtdrive.com  
         Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                               TOTAL: 12