Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−27768−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Angel L Rodriguez                        Amaris La Llave Padilla
378 Dewitt Avenue                        378 Dewitt Avenue
Belleville, NJ 07109                     Belleville, NJ 07109

Social Security No.:
xxx−xx−2136
                                         xxx−xx−9070
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/27/20 at 10:00 AM

to consider and act upon the following:

*68* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/5/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*70* – Certification in Opposition to (related document:68 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/5/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Mark Goldman on behalf of Amaris La Llave Padilla, Angel L Rodriguez. (Attachments: # 1 Exhibit) (Goldman, Mark)

Dated: 2/5/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-27768-JKS
Angel L Rodriguez                                                   Chapter 13
Amaris La Llave Padilla
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1           Date Rcvd: Feb 05, 2020
                             Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db/jdb       +Angel L Rodriguez,   Amaris La Llave Padilla,   378 Dewitt Avenue,   Belleville, NJ 07109-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              Aleksander Piotr Powietrzynski   on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
              alex@winstonandwinston.com
              Alexandra T. Garcia   on behalf of Creditor    Stearns Lending, LLC NJECFMAIL@mwc-law.com,
              nj-ecfmail@ecf.courtdrive.com
              Charles H. Jeanfreau   on behalf of Creditor    USAA Federal Savings Bank
              charles.jeanfreau@mccalla.com,  BNCmail@w-legal.com
              David G. Beslow   on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,
              yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow   on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,
              yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Francis T. Tarlecki   on behalf of Creditor    Stearns Lending, LLC Njecfmail@mwc-law.com,
              ftarlecki.kashlaw@gmail.com
              Marie-Ann Greenberg   magecf@magtrustee.com
              Mark Goldman   on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org,
              yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark Goldman   on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org,
              yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Melissa S DiCerbo   on behalf of Creditor    Stearns Lending, LLC nj-ecfmail@mwc-law.com,
              nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 12