| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |

Order Filed on February 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   ANGEL L RODRIGUEZ
   AMARIS LA LLAVE PADILLA

Case No.:  17-27768 JKS

Hearing Date:  2/27/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 28, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): ANGEL L RODRIGUEZ
AMARIS LA LLAVE PADILLA

Case No.: 17-27768

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/27/2020 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $839.00 starting on 3/1/2020 for 13 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,736.00 starting on 4/1/2021 for the remaining 17 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.