| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtor(s), Angel L. Rodriguez and Amaris Lallave Padilla* |
| In Re:<br><br>**ANGEL L. RODRIGUEZ and AMARIS LALLAVE PADILLA,**<br><br>Debtors |

Order Filed on November 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-27768

Chapter:    13

Judge:      JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 11, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:       2
Debtor(s):  Angel L. Rodriguez and Amaris Lallave Padilla
Case No.:   17-27768/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq, the applicant, is allowed the sum of $800.00 for services rendered and expenses in the amount of $ 00 for a total of $800.00 of which $400.00 has already been received by said attorney and of which the balance of $400.00 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

  XX through the Chapter 13 Plan as an administrative priority.

  ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.