

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |  |
|---|---|
| **McCABE, WEISBERG & CONWAY, LLC** <br> **By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)** <br> **216 Haddon Avenue, Suite 201** <br> **Westmont, NJ 08108** <br> **856-858-7080** <br> Attorneys for Movant: Stearns Lending |  |
| IN re: <br><br> Amaris La Llave Padilla <br> Angel L Rodriguez <br>     Debtors | Case No.: 17-27768-JKS <br><br> Chapter: 13 <br><br> Judge: John K. Sherwood |

Order Filed on July 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER ON MOTION FOR AUTHORIZATION TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT (CHAPTER 13)

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: July 13, 2021**

**(Page 2)**
Debtors: Amaris La Llave Padilla And Angel L Rodriguez, Debtors
Case No: 17-27768-JKS
Caption of Order: ORDER APPROVING LOAN MODIFICATION

---

The Court having reviewed the Motion for Authorization to Enter into Final Loan Modification Agreement filed on __6/25/21__, as to the first mortgage concerning real property located at 378 Dewitt Avenue, Belleville, New Jersey 07109, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

X The debtor is authorized to enter into the final loan modification agreement.

1) The loan modification must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2) Upon the filing of the Certification required above, and absent a response from the debtor, the standing trustee may disburse to the secured creditor all funds held or reserved relating to its claim. Absent the filing of the Certification within the time frame set forth above, the standing trustee will disburse funds on hand to other creditors pursuant to the provisions of the confirmed Plan and any proof of claim filed in this case with respect to the mortgage is deemed modified and incorporated into the Loan Modification Agreement; and

3) Unless the debtor's Plan has been confirmed with 100% paid to unsecured creditors, the debtor must file a Modified Chapter 13 Plan and Motions within 14 days of consummation of the loan modification. If the loan modification results in material changes in the debtor's expenses, the debtor must also file amended Schedules I and J within 14 days of the date of this Order; and

4) Check one:
   There is no order requiring the debtor to cure post-petition arrears through the Plan; or

   **X** Post-petition arrears are capitalized into the loan modification agreement, and the Order filed on February 14, 2019, requiring the Standing Trustee to make payments based on the arrearage is vacated as of the date of this order; or

   Post-petition arrears have not been capitalized into the loan modification agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

5) If fees and costs related to loss mitigation/loan modification are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

The Motion for Authorization to Enter into Final Loan Modification Agreement is denied.

United States Bankruptcy Court

District of New Jersey

In re:  
Angel L Rodriguez  
Amaris La Llave Padilla  
    Debtors

Case No. 17-27768-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 13, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Angel L Rodriguez, Amaris La Llave Padilla, 378 Dewitt Avenue, Belleville, NJ 07109-2739 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK  N.A. alex@winstonandwinston.com |
| Alexandra T. Garcia | on behalf of Creditor Stearns Lending  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Charles H. Jeanfreau | on behalf of Creditor USAA Federal Savings Bank charles.jeanfreau@mccalla.com  BNCmail@w-legal.com |
| David G. Beslow | on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| David G. Beslow | on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldm |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 13, 2021 | Form ID: pdf903 | Total Noticed: 1

anlaw.org;r64764@notify.bestcase.com

Francis T. Tarlecki
    on behalf of Creditor Stearns Lending  LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

Lauren Moyer
    on behalf of Creditor Stearns Lending  LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Mark Goldman
    on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Mark Goldman
    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Melissa S DiCerbo
    on behalf of Creditor Stearns Lending  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13