| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GOLDMAN & BESLOW, LLC**<br>Attorneys at Law<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br>David G. Beslow, Esq. #DGB-5300<br>Attorneys for Debtor(s), Angel L. Rodriguez<br>and Amaris La Llave Padilla | |
| In Re:<br><br>ANGEL L. RODRIGUEZ and AMARIS LA LLAVE PADILLA,<br>         Debtors | Case No.:       17-27768<br>Judge:              JKS<br>Chapter:           13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.   ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by ____JP Morgan Chase Bank____,

   I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer):**

☒ Other **(explain your answer):**
We do not dispute the amount of arrears. We have obtained a loan modification which is pending approval of this court and will be filing a modified plan thereafter. In that modified plan we intend to roll-up and include the post-petition arrears on our automobile. We respectfully request that a hearing be scheduled on this matter.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: August 19, 2021                                                  /s/ Angel L. Rodriguez
                                                                       Debtor's Signature

Date: August 19, 2021                                                  /s/ Amaris La Llave Padilla
                                                                       Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*