| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>ANGEL L RODRIGUEZ<br>AMARIS LA LLAVE PADILLA | Case No.: 17-27768<br><br>Adv. No.:<br><br>Hearing Date:  09/23/2021<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/20/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
ANGEL L RODRIGUEZ
AMARIS LA LLAVE PADILLA
378 DEWITT AVENUE
BELLEVILLE, NJ  07109
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017
Mode of Service:  Regular Mail

---

Dated:  August 20, 2021

By:  /S/  Jackie Michaels
Jackie Michaels