Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27768−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Angel L Rodriguez
378 Dewitt Avenue
Belleville, NJ 07109

Amaris La Llave Padilla
378 Dewitt Avenue
Belleville, NJ 07109

Social Security No.:
xxx−xx−2136

xxx−xx−9070

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/23/21 at 10:00 AM

to consider and act upon the following:

*88* − Creditor's Certification of Default (related document:51 Motion for Relief from Stay re: 2011 Nissan Murano (VIN: JN8AZ1MW4BW176908). Fee Amount $ 181. filed by Creditor JPMORGAN CHASE BANK, N.A., 59 Order on Motion For Relief From Stay) filed by Shauna M Deluca on behalf of JPMORGAN CHASE BANK, N.A.. Objection deadline is 08/20/2021. (Attachments: # 1 Exhibits # 2 Proposed Order # 3 Certificate of Service) (Deluca, Shauna)

*89* − Certification in Opposition to (related document:88 Creditor's Certification of Default (related document:51 Motion for Relief from Stay re: 2011 Nissan Murano (VIN: JN8AZ1MW4BW176908). Fee Amount $ 181. filed by Creditor JPMORGAN CHASE BANK, N.A., 59 Order on Motion For Relief From Stay) filed by Shauna M Deluca on behalf of JPMORGAN CHASE BANK, N.A.. Objection deadline is 08/20/2021. (Attachments: # 1 Exhibits # 2 Proposed Order # 3 Certificate of Service) filed by Creditor JPMORGAN CHASE BANK, N.A.) filed by David G. Beslow on behalf of Amaris La Llave Padilla, Angel L Rodriguez. (Beslow, David)

Dated: 8/20/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court