Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:   17−27768−JKS
Chapter:   13
Judge:   John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Angel L Rodriguez
378 Dewitt Avenue
Belleville, NJ 07109

Amaris La Llave Padilla
378 Dewitt Avenue
Belleville, NJ 07109

Social Security No.:
xxx−xx−2136

xxx−xx−9070

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 18, 2019.

On 9/17/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                    October 28, 2021
Time:                      08:30 AM
Location:              Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 20, 2021
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-27768-JKS |
| Angel L Rodriguez | Chapter 13 |
| Amaris La Llave Padilla | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 20, 2021 | Form ID: 185 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Angel L Rodriguez, Amaris La Llave Padilla, 378 Dewitt Avenue, Belleville, NJ 07109-2739 |
| cr | + | JPMORGAN CHASE BANK, N.A., c/o Winston & Winston, P.C., 155 E. 44th Street, 5th Floor, Suite 142, New York, NY 10017-4100 |
| 517042397 | + | Administracion de Asume, P.O. Box 71414, San Juan, PR 00936-8514 |
| 517042398 | + | Anabel Irizarry, Urbanizacion Buena Ventura, Calle Pascua #9030, Mayaguez, PR 00682-1279 |
| 517042400 | | Banco Popular-Mastercard, 209 Munoz Rivera Ave, San Juan, PR 00918 |
| 517042401 | | Banco Santander Puerto, Avenue 65 Infanteria, Esq. Calle 13, San Juan, PR 00926 |
| 517042412 | + | Clara Maas Hospital, 1 Clara Maas Drive, Belleville, NJ 07109-3557 |
| 517042413 | + | Craner, Satkin, Scheer & Schwartz, 32 Park AVenue, P.O. Box 367, Scotch Plains, NJ 07076-0367 |
| 517042418 | + | Estado Libre Asaatode P.R., Departamento de la familia, P.O. Box 70376, San Juan, PR 00936-8376 |
| 517042419 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 517042420 | + | First National Bank, Po Box 3412, Omaha, NE 68103-0412 |
| 517042421 | | Fst Premier, 601 S Minneaoplis Ave, Sioux Falls, SD 57104 |
| 517042422 | + | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 517042423 | + | Imagine Progressive, 36 Newark Avenue, Belleville, NJ 07109-4119 |
| 517042424 | + | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 517042426 | + | Loancare Inc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517042428 | + | Luis Chapman, 73 Mountainview Blvd., Wayne, NJ 07470-6709 |
| 517042429 | + | Mountainside Hospital, P.O. Box 1330, Montclair, NJ 07042-1330 |
| 517042432 | | Portfolio Recovery, 120 Corp. Blvd., Ste. 100, Norfolk, VA 23502 |
| 517042433 | + | Ramapo Valley Anesthesia, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 517042437 | + | Stearns, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 517272141 | + | Stearns Lending, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517042445 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 517042446 | | Usaa Federal Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 517042444 | + | Usaa Federal Savings Bank, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 517042448 | + | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 517042449 | + | Wells Fargo Bank Card, Po Box 14517, Des Moines, IA 50306-3517 |
| 517155669 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:36 | Synchrony Bank c/o PRA Receivables Management, LLC, Valerie Smith, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517128994 | + | Email/Text: hildaris.burgos@popular.com | Sep 20 2021 20:35:00 | Banco Popular De Puerto Rico, PO Box 366818, |

Case 17-27768-JKS    Doc 99    Filed 09/22/21    Entered 09/23/21 00:11:54    Desc Imaged
                           Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2021 | Form ID: 185 | Total Noticed: 65 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | San Juan, PR 00936-6818 |
| 517042399 | + Email/Text: hildaris.burgos@popular.com | Sep 20 2021 20:35:00 | Banco Popular-Mastercard, Banco Popular, Po Box 362708, Attn: Bankruptcy, San Juan, PR 00936-2708 |
| 517042404 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 20 2021 20:47:36 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517042406 | + Email/Text: ering@cbhv.com | Sep 20 2021 20:35:00 | CBHV, P.O. Box 831, Newburgh, NY 12551-0831 |
| 517042403 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 20 2021 20:47:09 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517042402 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 20 2021 20:47:10 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517042407 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2021 20:47:23 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 517042408 | + Email/Text: bk.notifications@jpmchase.com | Sep 20 2021 20:35:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004-1071 |
| 517042409 | + Email/Text: bk.notifications@jpmchase.com | Sep 20 2021 20:35:00 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101-2003 |
| 517042414 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2021 20:47:30 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517042416 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2021 20:47:19 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517164439 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 20 2021 20:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517042410 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 20 2021 20:47:36 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517042411 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 20 2021 20:47:29 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517186037 | + Email/Text: bk.notifications@jpmchase.com | Sep 20 2021 20:35:00 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 517239788 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2021 20:47:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517239806 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2021 20:47:32 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517114089 | Email/PDF: cbp@onemainfinancial.com | Sep 20 2021 20:47:29 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517042430 | + Email/PDF: cbp@onemainfinancial.com | Sep 20 2021 20:47:37 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 517042431 | + Email/PDF: cbp@onemainfinancial.com | Sep 20 2021 20:47:29 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 517164026 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2021 20:47:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517164027 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2021 20:47:30 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517181792 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2021 20:47:30 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517129818 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2021 20:47:17 | Portfolio Recovery Associates, LLC, c/o Pc |

Case 17-27768-JKS    Doc 99    Filed 09/22/21    Entered 09/23/21 00:11:54    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2021 | Form ID: 185 | Total Noticed: 65 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Richard, POB 41067, Norfolk VA 23541 |
| 517042434 | + | Email/Text: clientservices@simonsagency.com | Sep 20 2021 20:35:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517042436 | + | Email/Text: bankruptcy@sw-credit.com | Sep 20 2021 20:35:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 517042435 | + | Email/Text: bankruptcy@sw-credit.com | Sep 20 2021 20:35:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 517048079 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517042438 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:36 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517042439 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:29 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517042442 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:36 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 517042440 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:29 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517089769 | + | Email/Text: bncmail@w-legal.com | Sep 20 2021 20:35:00 | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 517268684 | + | Email/Text: bncmail@w-legal.com | Sep 20 2021 20:35:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 517042405 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517042415 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517042417 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517042425 | *+ | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 517042427 | *+ | Loancare Inc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517354250 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517354251 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517042443 | *+ | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 517042441 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517042447 | *+ | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021                                Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK N.A. alex@winstonandwinston.com |
| Alexandra T. Garcia | on behalf of Creditor Stearns Lending LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Charles H. Jeanfreau | on behalf of Creditor USAA Federal Savings Bank charles.jeanfreau@mccalla.com BNCmail@w-legal.com |
| David G. Beslow | on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| David G. Beslow | on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| Francis T. Tarlecki | on behalf of Creditor Stearns Lending LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com |
| Lauren Moyer | on behalf of Creditor Stearns Lending LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Mark Goldman | on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Melissa S DiCerbo | on behalf of Creditor Stearns Lending LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor JPMORGAN CHASE BANK N.A. rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor JPMORGAN CHASE BANK N.A. sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14