**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security     0 Assumption of Executory Contract or Unexpired Lease     0 Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## New Jersey

In Re:    **Angel L Rodriguez**             Case No.:    **17-27768**
        **Amaris La Llave Padilla**      Judge:    **JKS**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                        ☑ Modified/Notice Required         Date:    **9/17/2021**
☐ Motions Included           ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

Initial Debtor(s)' Attorney  **/S/ DGB**    Initial Debtor: **/S/ ALR**    Initial Co-Debtor **/S/ ALP**

## Part 1: Payment and Length of Plan

a. The debtors **have paid in $34,001.00 over 49 months to date** shall pay **$1.736.00 Monthly** to the Chapter 13 Trustee, starting on **October 2021** for approximately **11** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- [x] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- [ ] Sale of real property
  Description:
  Proposed date for completion: _____

- [ ] Refinance of real property:
  Description:
  Proposed date for completion: _____

- [ ] Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [ ] Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection          **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Marie-Ann Greenberg, Trustee** | **Trustee commissions** | **Unknown** |
| **Goldman & Beslow, LLC** | **Attorneys' fees and expenses** | **Unknown** |
| **Anabel Irizarry** | **Domestic support obligations** | **0.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- [x] None
- [ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim

2

pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ✓ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ✓ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ✓ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ✓ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the

allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor

**Loancare Inc. -- first mortgage on 378 Dewitt Avenue, Belleville, NJ 07109 -- as per loan modification agreement approved by Order entered on 7/13/2021**

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| JPMorgan Chase Bank, N.A. (Chase Auto Finance) | 2011 Nissan Murano | $4,332.56 |

## Part 5:  Unsecured Claims     ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7:  Motions    X NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed**

with the Clerk of Court when the plan and transmittal notice are served.

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

### a. Vesting of Property of the Estate
☑ Upon Confirmation
☐ Upon Discharge

### b. Payment Notices
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) **Chapter 13 Standing Trustee Commissions**
2) **Other Administrative Claims - including Attorney Fees & Costs**
3) **Priority Claims**
4) **Secured Claims**
5) **Lease Arrearages**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

5

### Part 9: Modification ☒ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: __4/24/2019__.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Plan is being modified to account for loan modification, cure post-petition arrears on a secured vehicle and address trustee arrears** | **Cure of mortgage arrears removed from Part 4(a) and mortgage included as secured claim unaffected by plan post-loan modification in Part 4(f). Cure of post-petition arrears on vehicle included in Part 4(g) of plan.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

### Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☒ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

**Debtors plan will pay post-petition arrears to JPMorgan Chase Bank, N.A. (Chase Auto Finance) to resolve a creditor's certification of default. The loan has matured but the Debtors have the ability to pay the remaining balance owed to the creditor over the remaining life of the plan. Upon payment of $4,332.56 through the plan to JPMorgan Chase Bank, N.A. (Chase Auto Finance), the lien shall be deemed satisfied, paid in full, and released.**

| /S/ Angel L Rodriguez | 9/17/2021 |
| /S/ Amaris La Llave Padilla | 9/17/2021 |
| /S/ David G. Beslow, Esq. | 9/17/2021 |

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **September 17, 2021**    /s/ **Angel L Rodriguez**
**Angel L Rodriguez**
Debtor

Date: **September 17, 2021**    /s/ **Amaris La Llave Padilla**
**Amaris La Llave Padilla**
Joint Debtor

Date **September 17, 2021**    /s/ **David G. Beslow, Esq.**
**David G. Beslow, Esq.**
Attorney for the Debtor(s)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court

District of New Jersey

In re:  
Angel L Rodriguez  
Amaris La Llave Padilla  
    Debtors

Case No. 17-27768-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 20, 2021 | Form ID: pdf901 | Total Noticed: 65 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Angel L Rodriguez, Amaris La Llave Padilla, 378 Dewitt Avenue, Belleville, NJ 07109-2739 |
| cr | + | JPMORGAN CHASE BANK, N.A., c/o Winston & Winston, P.C., 155 E. 44th Street, 5th Floor, Suite 142, New York, NY 10017-4100 |
| 517042397 | + | Administracion de Asume, P.O. Box 71414, San Juan, PR 00936-8514 |
| 517042398 | + | Anabel Irizarry, Urbanizacion Buena Ventura, Calle Pascua #9030, Mayaguez, PR 00682-1279 |
| 517042400 | | Banco Popular-Mastercard, 209 Munoz Rivera Ave, San Juan, PR 00918 |
| 517042401 | | Banco Santander Puerto, Avenue 65 Infanteria, Esq. Calle 13, San Juan, PR 00926 |
| 517042412 | + | Clara Maas Hospital, 1 Clara Maas Drive, Belleville, NJ 07109-3557 |
| 517042413 | + | Craner, Satkin, Scheer & Schwartz, 32 Park AVenue, P.O. Box 367, Scotch Plains, NJ 07076-0367 |
| 517042418 | + | Estado Libre Asaatode P.R., Departamento de la familia, P.O. Box 70376, San Juan, PR 00936-8376 |
| 517042419 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 517042420 | + | First National Bank, Po Box 3412, Omaha, NE 68103-0412 |
| 517042421 | | Fst Premier, 601 S Minneaoplis Ave, Sioux Falls, SD 57104 |
| 517042422 | + | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 517042423 | + | Imagine Progressive, 36 Newark Avenue, Belleville, NJ 07109-4119 |
| 517042424 | + | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 517042426 | + | Loancare Inc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517042428 | + | Luis Chapman, 73 Mountainview Blvd., Wayne, NJ 07470-6709 |
| 517042429 | + | Mountainside Hospital, P.O. Box 1330, Montclair, NJ 07042-1330 |
| 517042432 | | Portfolio Recovery, 120 Corp. Blvd., Ste. 100, Norfolk, VA 23502 |
| 517042433 | + | Ramapo Valley Anesthesia, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 517042437 | + | Stearns, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 517272141 | + | Stearns Lending, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517042445 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 517042446 | | Usaa Federal Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 517042444 | + | Usaa Federal Savings Bank, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 517042448 | + | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 517042449 | + | Wells Fargo Bank Card, Po Box 14517, Des Moines, IA 50306-3517 |
| 517155669 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:36 | Synchrony Bank c/o PRA Receivables Management, LLC, Valerie Smith, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517128994 | + | Email/Text: hildaris.burgos@popular.com | Sep 20 2021 20:35:00 | Banco Popular De Puerto Rico, PO Box 366818, |

Case 17-27768-JKS    Doc 100    Filed 09/22/21    Entered 09/23/21 00:11:54    Desc
Imaged Certificate of Notice    Page 8 of 10

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2021 | Form ID: pdf901 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | | San Juan, PR 00936-6818 |
| 517042399 | + | Email/Text: hildaris.burgos@popular.com | Sep 20 2021 20:35:00 | Banco Popular-Mastercard, Banco Popular, Po Box 362708, Attn: Bankruptcy, San Juan, PR 00936-2708 |
| 517042404 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 20 2021 20:47:36 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517042406 | + | Email/Text: ering@cbhv.com | Sep 20 2021 20:35:00 | CBHV, P.O. Box 831, Newburgh, NY 12551-0831 |
| 517042403 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 20 2021 20:47:11 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517042402 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 20 2021 20:47:36 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517042407 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2021 20:47:41 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 517042408 | + | Email/Text: bk.notifications@jpmchase.com | Sep 20 2021 20:35:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004-1071 |
| 517042409 | + | Email/Text: bk.notifications@jpmchase.com | Sep 20 2021 20:35:00 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101-2003 |
| 517042414 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2021 20:47:17 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517042416 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2021 20:47:38 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517164439 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 20 2021 20:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517042410 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 20 2021 20:47:10 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517042411 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 20 2021 20:47:29 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517186037 | + | Email/Text: bk.notifications@jpmchase.com | Sep 20 2021 20:35:00 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 517239788 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2021 20:47:32 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517239806 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2021 20:47:31 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517114089 | | Email/PDF: cbp@onemainfinancial.com | Sep 20 2021 20:47:29 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517042430 | + | Email/PDF: cbp@onemainfinancial.com | Sep 20 2021 20:47:12 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 517042431 | + | Email/PDF: cbp@onemainfinancial.com | Sep 20 2021 20:47:29 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 517164026 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2021 20:47:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517164027 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2021 20:47:30 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517181792 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2021 20:47:17 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517129818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2021 20:47:17 | Portfolio Recovery Associates, LLC, c/o Pc |

Case 17-27768-JKS    Doc 100    Filed 09/22/21    Entered 09/23/21 00:11:54    Desc
Imaged Certificate of Notice    Page 9 of 10

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2021 | Form ID: pdf901 | Total Noticed: 65 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Richard, POB 41067, Norfolk VA 23541 |
| 517042434 | + | Email/Text: clientservices@simonsagency.com | Sep 20 2021 20:35:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517042436 | + | Email/Text: bankruptcy@sw-credit.com | Sep 20 2021 20:35:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 517042435 | + | Email/Text: bankruptcy@sw-credit.com | Sep 20 2021 20:35:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 517048079 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517042438 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:36 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517042439 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:08 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517042442 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:29 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 517042440 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2021 20:47:36 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517089769 | + | Email/Text: bncmail@w-legal.com | Sep 20 2021 20:35:00 | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 517268684 | + | Email/Text: bncmail@w-legal.com | Sep 20 2021 20:35:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 517042405 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517042415 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517042417 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517042425 | *+ | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 517042427 | *+ | Loancare Inc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517354250 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517354251 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517042443 | *+ | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 517042441 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517042447 | *+ | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 17-27768-JKS    Doc 100    Filed 09/22/21    Entered 09/23/21 00:11:54    Desc
Imaged Certificate of Notice    Page 10 of 10

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2021 | Form ID: pdf901 | Total Noticed: 65 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021                Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK N.A. alex@winstonandwinston.com |
| Alexandra T. Garcia | on behalf of Creditor Stearns Lending LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Charles H. Jeanfreau | on behalf of Creditor USAA Federal Savings Bank charles.jeanfreau@mccalla.com BNCmail@w-legal.com |
| David G. Beslow | on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| David G. Beslow | on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| Francis T. Tarlecki | on behalf of Creditor Stearns Lending LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com |
| Lauren Moyer | on behalf of Creditor Stearns Lending LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Mark Goldman | on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Melissa S DiCerbo | on behalf of Creditor Stearns Lending LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor JPMORGAN CHASE BANK N.A. rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor JPMORGAN CHASE BANK N.A. sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14