

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
David G. Beslow, Esq. #DGB-5300

*Attorneys for Debtor(s), Angel L. Rodriguez*
*and Amaris Lallave Padilla*

Order Filed on September 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ANGEL L. RODRIGUEZ and**
**AMARIS LA LLAVE PADILLA,**

Debtors

Case No.: 17-27768

Chapter:    13

Judge:    JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: September 29, 2021**

Page:        2
Debtor(s):   Angel L. Rodriguez and Amaris La Llave Padilla
Case No.:    17-27768/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services

has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq, the applicant, is allowed the sum of $1,400.00

for services rendered and expenses in the amount of $ 00  for a total of $1,400.00 of which

$800.00  has already been received by said attorney and of which the balance of $600.00 shall be

paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

    XX through the Chapter 13 Plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A

months to allow for payment of the aforesaid fee and delinquent trustee payments.