Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27768−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Angel L Rodriguez | Amaris La Llave Padilla |
| 378 Dewitt Avenue | 378 Dewitt Avenue |
| Belleville, NJ 07109 | Belleville, NJ 07109 |

Social Security No.:
   xxx−xx−2136                                                 xxx−xx−9070

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/27/22 at 10:00 AM

to consider and act upon the following:

*112* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/28/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*115* − Chapter 13 Debtors' Attorney's Certification in Opposition to Certification of Default by Chapter 13 Trustee (related document:112 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/28/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Amaris La Llave Padilla, Angel L Rodriguez. (Attachments: # 1 Exhibit NDC Printout) (Beslow, David)

Dated: 12/28/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court