Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27768−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Angel L Rodriguez                                   Amaris La Llave Padilla
   378 Dewitt Avenue                                  378 Dewitt Avenue
   Belleville, NJ 07109                                Belleville, NJ 07109

Social Security No.:
   xxx−xx−2136                                          xxx−xx−9070

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/27/22 at 10:00 AM

to consider and act upon the following:

*112* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/28/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*115* − Chapter 13 Debtors' Attorney's Certification in Opposition to Certification of Default by Chapter 13 Trustee (related document:112 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/28/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Amaris La Llave Padilla, Angel L Rodriguez. (Attachments: # 1 Exhibit NDC Printout) (Beslow, David)

Dated: 12/28/21

                                                                             Jeanne Naughton
                                                                             Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 17-27768-JKS
Angel L Rodriguez                                                                            Chapter 13
Amaris La Llave Padilla
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                              Page 1 of 2
Date Rcvd: Dec 28, 2021                 Form ID: ntchrgbk                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Angel L Rodriguez, Amaris La Llave Padilla, 378 Dewitt Avenue, Belleville, NJ 07109-2739 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021                           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK  N.A. alex@winstonandwinston.com |
| Alexandra T. Garcia | on behalf of Creditor Stearns Lending  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Charles H. Jeanfreau | on behalf of Creditor USAA Federal Savings Bank charles.jeanfreau@mccalla.com  BNCmail@w-legal.com |
| David G. Beslow | on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 28, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Francis T. Tarlecki
    on behalf of Creditor Stearns Lending  LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

Harold N. Kaplan
    on behalf of Creditor USAA Federal Savings Bank hkaplan@rasnj.com informationathnk@aol.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marisa Myers Cohen
    on behalf of Creditor Stearns Lending  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Mark Goldman
    on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Mark Goldman
    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Melissa S DiCerbo
    on behalf of Creditor Stearns Lending  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. rsolarz@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. sdeluca@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15