| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>ANGEL L RODRIGUEZ<br>AMARIS LA LLAVE PADILLA |

Order Filed on June 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-27768

Judge:  JOHN K. SHERWOOD

## ORDER ON CHAPTER 13 TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page is hereby ORDERED.

DATED: June 2, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): ANGEL L RODRIGUEZ
AMARIS LA LLAVE PADILLA

Case No.: 17-27768JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

It is ORDERED that the claim of JPMORGAN CHASE BANK NA, Court Claim Number 9, is reduced to the amount paid to date through the plan by the Standing Trustee, for the reasons set forth in the motion.