

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtor(s), Angel L. Rodriguez*<br>*and Amaris Lallave Padilla* | Order Filed on October 6, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**ANGEL L. RODRIGUEZ and**<br>**AMARIS LA LLAVE PADILLA,**<br><br>Debtors | Case No.: 17-27768<br><br>Chapter:   13<br><br>Judge:    JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 6, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:        2
Debtor(s):   Angel L. Rodriguez and Amaris La Llave Padilla
Case No.:    17-27768/JKS

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq, the applicant, is allowed the sum of $900.00 for services rendered and expenses in the amount of $ 00 for a total of $900.00 of which $0 has already been received by said attorney and of which the balance of $900.00 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

    _XX_ through the Chapter 13 Plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.