UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
David G. Beslow, Esq. #DGB-5300

*Attorneys for Debtor(s), Angel L. Rodriguez and Amaris Lallave Padilla*

Order Filed on October 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANGEL L. RODRIGUEZ and
AMARIS LA LLAVE PADILLA,

Debtors

Case No.: 17-27768

Chapter:   13

Judge:   JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 6, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Page: 2
Debtor(s): Angel L. Rodriguez and Amaris La Llave Padilla
Case No.: 17-27768/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq, the applicant, is allowed the sum of $900.00 for services rendered and expenses in the amount of $ 00 for a total of $900.00 of which $0 has already been received by said attorney and of which the balance of $900.00 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

    XX through the Chapter 13 Plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.

United States Bankruptcy Court

District of New Jersey

In re:                                                                            Case No. 17-27768-JKS

Angel L Rodriguez                                   Chapter 13

Amaris La Llave Padilla

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                      User: admin                                     Page 1 of 2

Date Rcvd: Oct 06, 2022                            Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**            **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Angel L Rodriguez, Amaris La Llave Padilla, 378 Dewitt Avenue, Belleville, NJ 07109-2739 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022                               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK N.A. alex@winstonandwinston.com |
| Alexandra T. Garcia | on behalf of Creditor Stearns Lending LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Stearns Lending LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Charles H. Jeanfreau | on behalf of Creditor USAA Federal Savings Bank charles.jeanfreau@mccalla.com BNCmail@w-legal.com |
| David G. Beslow | on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2022 | Form ID: pdf903 | Total Noticed: 1 |

David G. Beslow
    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francis T. Tarlecki
    on behalf of Creditor Stearns Lending  LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

Harold N. Kaplan
    on behalf of Creditor USAA Federal Savings Bank hkaplan@rasnj.com  kimwilson@raslg.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marisa Myers Cohen
    on behalf of Creditor Stearns Lending  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Mark Goldman
    on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Mark Goldman
    on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Melissa S DiCerbo
    on behalf of Creditor Stearns Lending  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Shauna M Deluca
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. sdeluca@hasbanilight.com, hllawpc@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16