Certificate Number: 14912-NJ-DE-036958953

Bankruptcy Case Number: 17-21168



14912-NJ-DE-036958953

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 7, 2022, at 12:51 o'clock PM EST, Angel L Rodriguez Rodriguez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: November 7, 2022          By:    /s/Jai Bhatt

                                Name:  Jai Bhatt

                                Title: Counselor

Certificate Number: 14912-NJ-DE-036958954

Bankruptcy Case Number: 17-21168



14912-NJ-DE-036958954

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 7, 2022, at 12:51 o'clock PM EST, Amaris La Llave completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   November 7, 2022            By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor