| UNITED STATES BANKRUPTCY COURT NEW JERSEY | | |
|---|---|---|
| In Re:<br>Angel L Rodriguez<br>Amaris La Llave Padilla | Case No. | 17-27768 |
| | Chapter: | 13 |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Angel L Rodriguez_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: ___09/30/22___

_____
Angel L Rodriguez
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18

| UNITED STATES BANKRUPTCY COURT NEW JERSEY | | |
|---|---|---|
| In Re:<br>Angel L Rodriguez<br>Amaris La Llave Padilla | Case No. | 17-27768 |
| | Chapter: | 13 |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Amaris La Llave Padilla__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __09/30/2022__    _____
                                          Amaris La Llave Padilla
                                          Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev.8/1/18