**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Angel L Rodriguez | Social Security number or ITIN   xxx–xx–2136 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Amaris La Llave Padilla | Social Security number or ITIN   xxx–xx–9070 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–27768–JKS

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angel L Rodriguez

Amaris La Llave Padilla

11/14/22

**By the court:** John K. Sherwood
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 17-27768-JKS

Angel L Rodriguez                                                   Chapter 13

Amaris La Llave Padilla
        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: 3180W | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Angel L Rodriguez, Amaris La Llave Padilla, 378 Dewitt Avenue, Belleville, NJ 07109-2739 |
| cr | + | JPMORGAN CHASE BANK, N.A., c/o Winston & Winston, P.C., 155 E. 44th Street, 5th Floor, Suite 142, New York, NY 10017-4100 |
| 517042397 | + | Administracion de Asume, P.O. Box 71414, San Juan, PR 00936-8514 |
| 517042398 | + | Anabel Irizarry, Urbanizacion Buena Ventura, Calle Pascua #9030, Mayaguez, PR 00682-1279 |
| 517042400 | | Banco Popular-Mastercard, 209 Munoz Rivera Ave, San Juan, PR 00918 |
| 517042401 | | Banco Santander Puerto, Avenue 65 Infanteria, Esq. Calle 13, San Juan, PR 00926 |
| 517042412 | + | Clara Maas Hospital, 1 Clara Maas Drive, Belleville, NJ 07109-3557 |
| 517042413 | + | Craner, Satkin, Scheer & Schwartz, 32 Park AVenue, P.O. Box 367, Scotch Plains, NJ 07076-0367 |
| 517042418 | + | Estado Libre Asaatode P.R., Departamento de la familia, P.O. Box 70376, San Juan, PR 00936-8376 |
| 517042423 | + | Imagine Progressive, 36 Newark Avenue, Belleville, NJ 07109-4119 |
| 517042428 | + | Luis Chapman, 73 Mountainview Blvd., Wayne, NJ 07470-6709 |
| 517042429 | + | Mountainside Hospital, P.O. Box 1330, Montclair, NJ 07042-1330 |
| 517042432 | | Portfolio Recovery, 120 Corp. Blvd., Ste. 100, Norfolk, VA 23502 |
| 517042433 | + | Ramapo Valley Anesthesia, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 517042437 | + | Stearns, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 519659822 | + | Stearns Lending, LLC, c/o Guaranteed Rate, Inc, 1 Corporate Drive #360, Lake Zurich, Illinois 60047-8945 |
| 519659823 | + | Stearns Lending, LLC, c/o Guaranteed Rate, Inc, 1 Corporate Drive #360, Lake Zurich, Illinois 60047, Stearns Lending, LLC c/o Guaranteed Rate, Inc 60047-8945 |
| 517272141 | + | Stearns Lending, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517089769 | | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, et al, PLLC 10700, Abbotts Ridge Rd, Ste 170, Duluth, GA 30097 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2022 22:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2022 22:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Nov 15 2022 03:08:00 | Synchrony Bank c/o PRA Receivables Management, LLC, Valerie Smith, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bncmail@w-legal.com | Nov 14 2022 22:16:00 | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 517128994 | + | Email/Text: hildaris.burgos@popular.com | Nov 14 2022 22:16:00 | Banco Popular De Puerto Rico, PO Box 366818, San Juan, PR 00936-6818 |
| 517042399 | + | Email/Text: hildaris.burgos@popular.com | Nov 14 2022 22:16:00 | Banco Popular-Mastercard, Banco Popular, Po Box 362708, Attn: Bankruptcy, San Juan, PR 00936-2708 |
| 517042404 | | EDI: CAPITALONE.COM | | |

District/off: 0312-2                              User: admin                                   Page 2 of 5

Date Rcvd: Nov 14, 2022                           Form ID: 3180W                                Total Noticed: 68

| | | | |
|---|---|---|---|
| | | Nov 15 2022 03:08:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517042406 | + Email/Text: ering@cbhv.com | Nov 14 2022 22:16:00 | CBHV, P.O. Box 831, Newburgh, NY 12551-0831 |
| 517042403 | + EDI: CAPITALONE.COM | Nov 15 2022 03:08:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517042402 | + EDI: CAPITALONE.COM | Nov 15 2022 03:08:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517042407 | + EDI: CITICORP.COM | Nov 15 2022 03:08:00 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 517042414 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2022 22:24:42 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517042416 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2022 22:24:51 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517042419 | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2022 22:15:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 517042420 | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2022 22:15:00 | First National Bank, Po Box 3412, Omaha, NE 68103 |
| 517042422 | + EDI: AMINFOFP.COM | Nov 15 2022 03:08:00 | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 517042421 | EDI: AMINFOFP.COM | Nov 15 2022 03:08:00 | Fst Premier, 601 S Minneaoplis Ave, Sioux Falls, SD 57104 |
| 517164439 | EDI: JEFFERSONCAP.COM | Nov 15 2022 03:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517042408 | EDI: JPMORGANCHASE | Nov 15 2022 03:08:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 517042409 | EDI: JPMORGANCHASE | Nov 15 2022 03:08:00 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101 |
| 517042410 | EDI: JPMORGANCHASE | Nov 15 2022 03:08:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517042411 | EDI: JPMORGANCHASE | Nov 15 2022 03:08:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517186037 | EDI: JPMORGANCHASE | Nov 15 2022 03:08:00 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038 |
| 517239788 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2022 22:24:43 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517239806 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2022 22:24:43 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517042424 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 14 2022 22:15:00 | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 517042426 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 14 2022 22:15:00 | Loancare Inc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517114089 | EDI: AGFINANCE.COM | Nov 15 2022 03:08:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517042430 | + EDI: AGFINANCE.COM | Nov 15 2022 03:08:00 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 517042431 | + EDI: AGFINANCE.COM | Nov 15 2022 03:08:00 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |

District/off: 0312-2                          User: admin                                      Page 3 of 5

Date Rcvd: Nov 14, 2022                       Form ID: 3180W                                   Total Noticed: 68

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 517164026 | | EDI: PRA.COM | Nov 15 2022 03:08:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517164027 | | EDI: PRA.COM | Nov 15 2022 03:08:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517181792 | | EDI: PRA.COM | Nov 15 2022 03:08:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517129818 | | EDI: PRA.COM | Nov 15 2022 03:08:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 517042434 | + | Email/Text: clientservices@simonsagency.com | Nov 14 2022 22:16:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517042436 | + | Email/Text: bankruptcy@sw-credit.com | Nov 14 2022 22:16:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 517042435 | + | Email/Text: bankruptcy@sw-credit.com | Nov 14 2022 22:16:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 517048079 | + | EDI: RMSC.COM | Nov 15 2022 03:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517042438 | + | EDI: RMSC.COM | Nov 15 2022 03:08:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517042439 | + | EDI: RMSC.COM | Nov 15 2022 03:08:00 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517042442 | + | EDI: RMSC.COM | Nov 15 2022 03:08:00 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 517042440 | + | EDI: RMSC.COM | Nov 15 2022 03:08:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517042445 | + | EDI: USAA.COM | Nov 15 2022 03:08:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 517268684 | + | Email/Text: bncmail@w-legal.com | Nov 14 2022 22:16:00 | USAA SAVINGS BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 517042444 | + | EDI: USAA.COM | Nov 15 2022 03:08:00 | Usaa Federal Savings Bank, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 517042446 | | EDI: USAA.COM | Nov 15 2022 03:08:00 | Usaa Federal Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 517042448 | + | EDI: WFFC2 | Nov 15 2022 03:08:00 | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 517042449 | + | EDI: WFFC2 | Nov 15 2022 03:08:00 | Wells Fargo Bank Card, Po Box 14517, Des Moines, IA 50306-3517 |
| 517155669 | | EDI: WFFC2 | Nov 15 2022 03:08:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 49

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517042405 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |

District/off: 0312-2 | User: admin | Page 4 of 5
Date Rcvd: Nov 14, 2022 | Form ID: 3180W | Total Noticed: 68

| | | |
|---|---|---|
| 517042415 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517042417 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517042425 | *+ | Loancare Inc, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 517042427 | *+ | Loancare Inc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517354250 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517354251 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517042443 | *+ | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 517042441 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517042447 | *+ | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

**Name** | **Email Address**

Aleksander Piotr Powietrzynski
on behalf of Creditor JPMORGAN CHASE BANK  N.A. alex@winstonandwinston.com

Alexandra T. Garcia
on behalf of Creditor Stearns Lending  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Andrew M. Lubin
on behalf of Creditor Stearns Lending  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Charles H. Jeanfreau
on behalf of Creditor USAA Federal Savings Bank charles.jeanfreau@mccalla.com  BNCmail@w-legal.com

David G. Beslow
on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francis T. Tarlecki
on behalf of Creditor Stearns Lending  LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

Harold N. Kaplan
on behalf of Creditor USAA Federal Savings Bank hkaplan@rasnj.com  kimwilson@raslg.com

Marie-Ann Greenberg
magecf@magtrustee.com

Marisa Myers Cohen
on behalf of Creditor Stearns Lending  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

District/off: 0312-2                                    User: admin                                              Page 5 of 5
Date Rcvd: Nov 14, 2022                                Form ID: 3180W                                          Total Noticed: 68

Mark Goldman
                        on behalf of Joint Debtor Amaris La Llave Padilla yrodriguez@goldmanlaw.org
                        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;Go
                        ldmanBeslowLLC@jubileebk.net

Mark Goldman
                        on behalf of Debtor Angel L Rodriguez yrodriguez@goldmanlaw.org
                        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;Go
                        ldmanBeslowLLC@jubileebk.net

Melissa S DiCerbo
                        on behalf of Creditor Stearns Lending  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Shauna M Deluca
                        on behalf of Creditor JPMORGAN CHASE BANK  N.A. sdeluca@hasbanilight.com, hllawpc@gmail.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 16