Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27768−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Angel L Rodriguez | Amaris La Llave Padilla |
| 378 Dewitt Avenue | 378 Dewitt Avenue |
| Belleville, NJ 07109 | Belleville, NJ 07109 |

Social Security No.:
  xxx−xx−2136                                                 xxx−xx−9070

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 5, 2022</u>                 <u>John K. Sherwood</u>
                                                    Judge, United States Bankruptcy Court